JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARNIE TRUSSELL,<br><br>    Plaintiff,<br><br>    vs.<br><br>RELIANCE STANDARD LIFE INSURANCE COMPANY and GROUP LONG TERM DISABILITY PLAN FOR EMPLOYEES OF MAPEI CORPORATION ITS AFFILIATES AND SUBSIDIARIES,<br><br>    Defendants. | Case No. 15-cv-01942-CAS-AS<br><br>**ORDER RE STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

Based upon the stipulation of the parties and for good cause shown,

IT IS HEREBY ORDERED that this action, Case No. 15-cv-01942-CAS-AS, is dismissed in its entirety as to all defendants, with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter.

**IT IS SO ORDERED**.

Dated: December 11, 2015

_/s/ Christina A. Snyder_
Hon. Christina A. Snyder
United States District Judge

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

146503.1

1

Case No. 15-cv-01942-CAS-AS
ORDER GRANTING STIPULATION TO
DISMISS ENTIRE ACTION WITH PREJUDICE